**Order entered October 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00827-CR**
**No. 05-21-00828-CR**

**PRESTON OLIN BURKLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-40748-P & F20-40749-P**

**ORDER**

This appeal was set for oral argument on September 27, 2022, and counsel for appellant and the State were present. Before argument, appellant's counsel apprised the Court that he had to attend to a medical emergency. Thereafter, the Justices on the panel conferred off the record and determined that oral argument would not significantly aid them in determining the legal and factual issues presented in the appeal.

Accordingly, we **ORDER** the appeal submitted without oral argument on September 27, 2022.

/s/     CRAIG SMITH
         JUSTICE